1044

[No. 19319-1-II.    Division Two.    December 20, 1996.]

ROCHELLE FLETCHER, *Appellant*, v. RICK OLMSTEAD, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-3-01643-9, Thurman Lowans, J. Pro Tem, entered March 2, 1995. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan and Turner, JJ.

[Nos. 19354-0-II; 19471-6-II.    Division Two.    December 20, 1996.]

ROBERT BAKER, *Appellant*, v. DARRELL H. WILBER, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-03029-4, Sergio Armijo, J., entered March 10, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 19367-1-II.    Division Two.    December 20, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. RAMIS S. SHATY, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-04505-1, Thomas R. Sauriol, J., entered March 20, 1995. *Reversed* by unpublished opinion per Houghton, A.C.J., concurred in by Morgan and Armstrong, JJ.

[No. 19446-5-II.    Division Two.    December 20, 1996.]

DRUG ABUSE PREVENTION CENTER, *Appellant*, v. THE CITY OF KELSO, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-2-01087-6, Milton R. Cox, J., entered April 4, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, J., and Roof, J. Pro Tem.